

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MICHAEL GUTIERREZ, | § | No. 08-22-00015-CR |
| | § | Appeal from the |
| Appellant, | § | 54th District Court |
| v. | § | of McLennan County, Texas |
| THE STATE OF TEXAS, | § | (TC# 2010-1037-C2) |
| State. | § | |
| | § | |

**O R D E R**

The supplemental clerk's record (1 volume) containing the trial court's findings pursuant to this Court's order of April 1, 2022 has this day been filed. The Appellant's brief is now due June 3, 2022. All future documents must be filed directly with the 8th Court of Appeals.

IT IS SO ORDERED this 11th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.